**M. C. Mead, appellant, v. Sarah Coyne, appellee. Gen. No. 35,388.**

Opinion filed April 5, 1932.

Ekern & Meyers and Luther F. Binkley, for appellant. Kessler, Tobin & Miller, for appellee; Harry Tobin and Jacob Scher, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**Edward H. Morris, receiver for Binga State Bank, appellee, v. Harry A. Friedman, appellant. Gen. No. 35,412.**

Opinion filed April 5, 1932.

Harry A. Goldsmith, for appellant. James B. Cashin, for appellee; Thomas P. Harris, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**John Hancock Mutual Life Insurance Company, appellee, v. David Paul Horger et al., defendants, on appeal of Dr. John W. O'Shea, appellant. Gen. No. 35,428.**

Opinion filed April 5, 1932.

William H. Kailes, for appellant. William McKinley and Paul E. Price, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**Lee Tire & Rubber Company of New York, appellant, v. Anthony J. Toren et al., appellees. Gen. No. 35,504.**

Opinion filed April 5, 1932. Rehearing denied April 18, 1932.

Teller, Levit, Silvertrust & Levi, for appellant. Julius L. Kabaker, for appellees; Arnold S. Kabaker, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.